IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOLOMON LADANIEL HENDERSON, # 250 233, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:17-CV-268-WKW ) [WO] ) |
| SGT. LAMBERT, OFFICER FOSTER, OFFICER THOMAS, OFFICER PARKER, ROEISHA BUTLER, and MICHAEL STRICKLAND, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On June 21, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this action is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 26th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE