IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOLOMON LADANIEL HENDERSON, # 250 233, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:17-CV-268-WKW [WO] |
| SGT. LAMBERT, OFFICER FOSTER, OFFICER THOMAS, OFFICER PARKER, ROEISHA BUTLER, and MICHAEL STRICKLAND, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day, it is ORDERED, ADJUDGED and DECREED that Plaintiff Solomon Ladanial Henderson's action against Defendants Sgt. Lambert, Officer Foster, Officer Thomas, Officer Parker, Roeisha Butler, and Michael Strickland is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE